# United States District Court
# For The Western District of North Carolina
# Asheville Division

FURMAN EUGENE WATKINS, JR.,

    Petitioner,

vs.

ROBERT C. LEWIS, Director,
North Carolina Prisons,

    Respondent.

JUDGMENT IN A CIVIL CASE

1:11-cv-207

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 11/29/11 Order.

Signed: November 29, 2011

Frank G. Johns, Clerk
United States District Court